nied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 303, Misc. UNITED STATES v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK ET AL. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Solicitor General Perlman, Assistant Attorney General Sonnett, Leonard J. Emmerglick, Robert L. Stern, Kenneth L. Kimble* and *Horace H. Robbins* for the United States.

No. 490, Misc. IN RE BODENMILLER. Motion for leave to file petition for writ of mandamus denied.

No. 528, Misc. IN RE PIERCE. Petition denied.

No. 757. NATIONAL LABOR RELATIONS BOARD v. STOWE SPINNING CO. ET AL. C. C. A. 4th. Certiorari granted. *Solicitor General Perlman* for petitioner. *Paul C. Whitlock* for respondents.

No. 676. STOWE SPINNING CO. v. NATIONAL LABOR RELATIONS BOARD. C. C. A. 4th. Certiorari denied. *Paul C. Whitlock* for petitioner. *Solicitor General Perlman* for respondent.

No. 730. FOREIGN TRADE MANAGEMENT CO., INC. v. UNITED STATES. Court of Claims. Certiorari denied. *Dean Hill Stanley* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A.*